# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON<br><br>                    PLAINTIFF(S),<br><br>v.<br><br>NITORI USA, INC., et al.<br><br>                    DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−6773<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Eastern__ Division.

    This case has been reassigned to case number __5:21−cv−1425−JGB (SPx)__ and has been assigned to __Judge Jesus G. Bernal__ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to __Magistrate Judge Sheri Pym__ for:

      X any discovery and/or post-judgment matters that may be referred.

        for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: __5:21−cv−1425−JGB (SPx)__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number __2:21−cv−6773__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                                    Clerk, U.S. District Court

                                                    By: __/s/ Geneva Hunt__
                                                      __geneva_hunt@cacd.uscourts.gov__
                                                          Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (03/21)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT